

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2015

No. 04-14-00667-CV

Ramiro and Edna **RAMOS**, and Federico Salazar, Jr.,
Appellants

v.

**THE UNKNOWN HEIRS OF TOMASA GONZALEZ** and Narciso Gonzalez,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-559
Honorable J. Manuel Banales, Judge Presiding

## O R D E R

The reporter's record was originally due to be filed in this appeal on November 3, 2014. On November 24, 2014, appellants provided written proof that the record was requested on September 30, 2014, and a down-payment in the amount of $1,725.00 had been paid to Ms. Gay Richie for the preparation of the reporter's record. On December 1, 2014, Ms. Richie was ordered to file the reporter's record in this appeal no later than December 23, 2014. The reporter's record was not filed by the deadline stated in this court's prior order.

It is therefore ORDERED that Ms. Gay Richie file the reporter's record for this appeal in this court no later than February 2, 2015. If the record is not filed by such date, an order may be issued directing Ms. Richie to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Richie by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Jose Luis Garza, Judge of the 381st Judicial District Court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2015.



Keith E. Hottle
Clerk of Court